**Christopher H. Kent, OSB #852530**
Email: ckent@kentlaw.com
**Leslie S. Johnson, OSB #954727**
Email: ljohnson@kentlaw.com
**KENT & JOHNSON, LLP**
1500 SW TAYLOR STREET
PORTLAND, OREGON  97205
TELEPHONE:  (503) 220-0717
FACSIMILE:  (503) 220-4299
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
Portland Division

| | |
|---|---|
| LINE-X FRANCHISING LLC, a California limited liability company,<br><br>        Plaintiff,<br><br>    vs.<br><br>NEWCO SBC INC., an Oregon corporation; and GREGORY WADE BROOKSBY, an individual,<br><br>        Defendants. | No. 3:12-cv-01436-AA<br><br>**STIPULATED MOTION FOR ORDER OF DISMISSAL AND ENTRY OF JUDGMENT**<br><br>**[CLERK'S ACTION REQUIRED]** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

PAGE 1 – STIPULATED MOTION FOR ORDER OF DISMISSAL AND
        ENTRY OF JUDGMENT

## I. STIPULATION

The parties hereby stipulate to the dismissal of this case with prejudice and without costs or fees to any party and move the court for an order and judgment of dismissal.

KENT & JOHNSON, LLP                    HARRIS BERNE CHRISTENSEN, LLP

By:   */s/ Leslie S. Johnson*            By:   */s/ Roger K. Harris*  
       Leslie S. Johnson, OSB No. 954727       Roger K. Harris, OSB No. 780461
       ljohnson@kentlaw.com                    roger@HBClawyers.com
       Attorneys for Plaintiff                         Attorney for Defendants

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**PAGE 2 – STIPULATED MOTION FOR ORDER OF DISMISSAL AND ENTRY OF JUDGMENT**

## II.  ORDER

Pursuant to the above stipulation and good cause appearing, IT IS HEREBY ORDERED that Case No. 3:12-cv-01436-AA shall be dismissed with prejudice and without costs or attorneys' fees to any party.

DATED this 28 day of April, 2013.

_____
Honorable Ann Aiken


Presented by:

KENT & JOHNSON, LLP


By:  /s/ Leslie S. Johnson
  Christopher H. Kent, OSB No. 852530
  ckent@kentlaw.com
  Leslie S. Johnson, OSB No. 954727
  ljohnson@kentlaw.com
  Attorneys for Plaintiff


Copy Received
Notice of Presentation Waived,

HARRIS BERNE CHRISTENSEN, LLP


By:  /s/ Roger K. Harris
  Roger K. Harris, OSB No. 780461
  roger@HBClawyers.com
  Attorney for Defendants


74248

**PAGE 3 – STIPULATED MOTION FOR ORDER OF DISMISSAL AND ENTRY OF JUDGMENT**